RECEIVED

**United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001
Date: 7/5/07**

07 JUL -9 PM 2: 15

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**Nancy Mayer-Whittington
Clerk of the Court**

Address of Other Court: United States District Court
9-150 United States Courthouse
300 North Hogan Street
Jacksonville, FL. 32202

RE: Usman Jawaid 07-275M (JMF)

FILED
JUL 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Complaint/Warrant | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other-Blotter dated 6/29/07, 6/8/07 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk